complaint/amendment 1/2/4/6e/141/18C18(15)-(96)/conc/ant/
2£4),8(12),(138 24(2)(2)-248)2(49)):34(1015c 7,10) part/Hom/Am/Ham/
pro/perHupa/ of Text Form's 218224/ and 428/983 single/
Cleshe/

**FILED**

MAY 1 0 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

In the WHIRD/STATES/DISTRICT

(Public/)

**SA22CA0514OG**

1/ Defendants/ 0681468-011/
(/ Mineus/Bates/ 917749 /

Ki!                                    /enseltNto!                        /

Bear County/Sheriff/Spill/wranic/
Police/ Dept/Sheriff/Junier
Salazar

1/(a) Mineus Bates/
(b)/m./ d./ b.// M/D./ B., mineus/Mineus/MINEUS/
dewayne/batorane/ / Debbynu/ DEWAYNE/ bates/Bates/
BATES, m.d./ m.b./ b.H.b./ m.d.b./ M/D/, M/B./
D/B./ M/D./B, mineus/dewane / mineus/Bato/,
dewayne/ bates /, mineus/ dewayne/bates / Mineus/
Debbaynue/ Mineus/Bates/ Mineus/ Debbayn/Bates,/
MINEUS/DEWAYNE/MINEUS/BATES,/MINEUS/
DEWAYNE/BATES/ mineus V./ mineus/b/, mineus/d/b./
Mineus/ D/B./ Mineus/D./, Mineus/B./ MINEUS/D/
MINEUS/B/, MINEUS/D/B/, /m/dewayne/b/

(M.) Debbye B.! (M. DEWAYNE B.! m.l.l. Bates)
m.l. Bates, (M.) "Bates, (M.) BATES, (9177 9@) includes all stun-
/men "2! Atcas! Bexar County (Jail!) deatentin "Center/
(b) 200 N. Comal / 78207/
(c) (9177 49!
3! John!/ unknown!
4! ohn! unknown
5! other! occupancy!
(a.a) Bexar County (Sheriff! S. D(9.2!)! 200 N.(C.! N)v!
/ 78207/
5! unknown!
c! in-competent to stand trial!
(d) unknown
4! (NO!
10. Yes!
(a) (NO!
(b) NO!
c) unknown!
13. Exam "! Evident! "the Edge! Exchange! "blue! material! except!
(confi om! amendment 6/14/2/8! US(18(15) ;(9@) ;(12) ;
(13 §! 241! 242! 248! 249)! per (/we /form! collectively pingled!
a) due to unknown! reasons the inmate!? "at N.(C. Jail
/ 78207! have no access! am! are! denied! entrance!
to the law!! Library the blue! form is evident! of!
denial! and as a topic!!!
(b) NO!

ground 2 " The E.gd Exchange " " blue receipt and is
evident to occupancy: corp/omit/amendment # 4,5
14/USC 18 (11a); (9a); (12); (13 8/241/242/248/249) per dependant
(a) the blue form does prove occupancy and inhabilitity
to prove in his dependents for an inmate
b) n/a

ground 3 " complaint/amendment 2 8/14/USC 18 (35); (87);
(9a); (12); (13 8/241/242/248/249)
(a) The E.gd Exchange " blue receipt and is not the only
evidence is also representation of the record of
an/omission enforcement with Bexar County
Sheriff / San Antonio Police Dept @ 200 N.
Col Mil law @ any other annexing locations
especially due to having extremely limited
access by day only schedule eval/omit as
5 requests for this representation [i.e. mirrors]
1 day of a week — then wait the entire 10
day/person for a reply this lack prevents
any denial the inmate higher for release from
his freedom or the misuse by/or use/of abuse of
the American Citizen

b) n/a

ground 4 " line 1: complaint/amendment 4/14/USC 18
(33); (43); (9a); (12); (13 8/241/242/248/249) p-i character/in use
or is a person not a business for a corporation
b) n/a

ground 5: line 2 - cop. on. by amendment # 4/14/
USC 18 (43); (33); (96); (12); (138, 241, 242, 248, 249))
p.a. numerical by an/inexperienced/characterful use/
a) again from i.d. person not allowed of number/
issued/(b) a/corporation not/focus/upon/it/person/
(b) NO/

ground 6: as/ground/4+5/ per Amendment/in/line/
a) enumeration of mis/representations/
(b) NO/

ground 6: line 6 # cop/of amendments/8/14/
USC 18 (77); (115); (96); (12)(138/241/244/248/249 )/
a) (12)(10)(13)// Remainder/(W)/(13)on of/means/
there is no expected/ransom for the land.
So then "hell" indefinitely/ this/ defines/ a/
hostage situation/// no law then/ no forced
hostage define as a/ person held/via/security/
as defined in/ the Webster New Pocket Dictionary/
So/ hell/ has/ clearly/defined b/ the attorneys/
defined as the acronym/ B/h/O/B+/
ground 7: line 7c cop. on amendment # 6/14/8/ /
USC 18 (15); (65); (96); (12), (138 241 242 248 249)
a) clearly/ stated that/ all/ aviation to/say/ will be/delivered/
at least in/ the 10 business/days/marked/yet/
decided 3 day/ by years/ this/ Nintendo/ //
(b) NO/

Relief - Immediate release and compensation
for time lossed from time of initial arrest
defined by ( singular, or similar elements ) of - $175 million
Restitution - $185 mill / pain and suffering - $180 mill /
punitive damages - $185 mill / mental anguish - $185 mill /
fame/glimpse - to finish all / medical & bills - $35K /
pos/service or utility / dependents - $145 mill per
dependent / household expenses - $175K per expense

22.5.1.7.3.15                              x Marcus Bates
                                          ( CCC 1338 pro se )

*[handwritten annotations across top of page]*

## The Edge Exchange

| Resident: | Location: | Subject: | Topic: |
|---|---|---|---|
| MARCUS BATES (917749) | B101 | warrents | Law Library |

| Assigned: | Flag: | Ref #: | Status: |
|---|---|---|---|
| | Day 1 | 3929227 | New |

MARCUS BATES (917749) - 4/12/2022 10:38:17 AM (CT)

do i have any out of county warrents or holds do i have a bond do i have a medical hold

*[handwritten notes:]*

I do not see

any confirm
w/ floor sgt

NO
RWOB

7 Recall w 12.4.2.25, 10.30

Case Ref # 4:22A SD2/CV 02127 CC7 J

D 137

(P0R P)

The Edge Exchange

| Resident: | Location: | Subject: | Topic: |
|---|---|---|---|
| MARCUS BATES (917749) | B101 | lawyer phone number and address | Law Library |
| Assigned: | Flag: Day | Ref #: 3881444 | Status: Read |

MARCUS BATES (917749) / 4/5/2022 8:19:47 PM (CT)

can i get my lawyer number and address thank you

Kevin Stryker
2171 Ourden Grove St
Sa TX 78245
2ND 1093 1500

DB!!